1086

No. 81–689. GREFCO, INC. *v.* KEWANEE INDUSTRIES, INC. C. A. 3d Cir. Certiorari denied.

No. 81–696. J. E. GUERTIN CO. ET AL. *v.* CACHAT, BY HER FATHER AND NATURAL GUARDIAN, CACHAT, ET AL. Ct. App. N. Y. Certiorari denied.

No. 81–705. STATE BOARD OF EQUALIZATION OF NORTH DAKOTA ET AL. *v.* OGILVIE, TRUSTEE, ET AL. C. A. 8th Cir. Certiorari denied.

No. 81–714. ANDERSON *v.* LOW RENT HOUSING COMMISSION OF MUSCATINE, IOWA, ET AL. Sup. Ct. Iowa. Certiorari denied.

No. 81–715. BRADLEY ET AL., T/A BRADLEY BROTHERS CLEANERS & LAUNDERERS *v.* J. F. BATTE & SONS OF RICHMOND, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 81–740. HENNESSY INDUSTRIES, INC. *v.* B & J MANUFACTURING CO. C. A. 7th Cir. Certiorari denied.

No. 81–744. LAKA TOOL & STAMPING CO., INC. *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 81–765. LEWIS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 81–780. ACKERMAN ET AL. *v.* NATIONAL BUREAU OF STANDARDS ET AL. C. A. 10th Cir. Certiorari denied.

No. 81–793. BURCHINAL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 81–820. TAYLOR *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.